# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR PALMA *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>MONUMENT CONSTRUCTION<br>CORPORATION OF DC *et al.*,<br><br>  Defendants. | Civil Action No. 10-635 (JMF) |

## ORDER

All matters, including scheduling, in the above captioned case
should be addressed to the law clerk assigned to this action:

**Megan Heller, Esq.**          202/354-3135

    Please be advised that the above-case has been assigned to the undersigned for **all purposes including trial.**

    Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

October 20, 2010                         /S/
                                   JOHN M. FACCIOLA
cc:   Counsel                      UNITED STATES MAGISTRATE JUDGE
      Judge
      Files
      Chambers